UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:13-cv- 01283-RLY-MJD ) |
| $24,335.00 UNITED STATES CURRENCY | ) ) |
| Defendant. | ) ) ) |
| MATTHEW A. LEE, | ) ) |
| Claimant. | ) |

## STIPULATION OF DISMISSAL

The Parties, Plaintiff United States of America, by counsel, and Claimant Matthew A. Lee, by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate that the action against the defendant currency is dismissed with prejudice.

The parties agree that there was reasonable cause for the seizure of the defendant currency herein as the term "reasonable cause" is used in 28 U.S.C.§ 2465, and the Claimant agrees to hold harmless any and all officers and employees of the United States connected with the seizure of the defendant currency and any officer or employee of the United States connected with the bringing of this action.

Each party is to bear his or her own costs, fees, and expenses.

Respectfully submitted,

Matthew A. Lee

Date  5/14/14

Ross G. Thomas
Attorney for Matthew A. Lee

and

JOSEPH H. HOGSETT
United States Attorney

5/14/14                          By:
Date

Lindsay Dunn
Assistant United States Attorney

Approved and So Ordered this ___ day of _____, 2014.

_____
Judge
United States District Court
Southern District of Indiana

cc:   All ECF Registered Counsel of Record.

2